IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT GRIZZLE | § | |
| VS. | § | CIVIL ACTION NO.  9:20-CV-58 |
| STACIE MCCOLLUM, ET AL. | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Robert Grizzle, a prisoner currently confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Stacie McCollum, Joseph Watt, Sara Pederson, and an unidentified nurse. The defendants are employed at the Skyview Unit, where plaintiff was previously confined.

### Discussion

When jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391(b) provides that venue is proper in the judicial district where the defendants reside or in which the claim arose. Under 28 U.S.C. § 1404, the district court may transfer a civil action to any other district where it could have been brought for the convenience of parties and witnesses and in the interest of justice.

Plaintiff complains of incidents that took place at the Skyview Unit in Rusk, Texas. The Skyview Unit is located in Cherokee County, which is in the Tyler Division of the United States District Court for the Eastern District of Texas. Venue is proper in the Eastern District of Texas, but the court has considered the circumstances and has determined that the interests of justice would be

served by transferring this action to the division in which the claims arose. Therefore, the case should be transferred to the Tyler Division. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Tyler Division of the United States District Court for the Eastern District of Texas.

SIGNED this 24th day of April, 2020.

                                                Zack Hawthorn
                                                United States Magistrate Judge